Taneshia Laverne **MIDDLETON,**
**Plaintiff-Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**
**Defendant-Appellee.**

No. 16-2205

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2017

Decided: June 23, 2017

Taneshia Laverne Middleton, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before AGEE, FLOYD, and THACKER, Circuit Judges.

130

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taneshia Laverne Middleton appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner's denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Middleton v. Comm'r of Soc. Sec. Admin.*, No. 8:15-cv-00299-BHH (D.S.C. Aug. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*